**UNITED STATES BANKRUPTCY COURT**

Northern District of Georgia

February 15, 2018

**James Edward White III**
1168 Catalina Court
Marietta, GA 30066

RE:  Chapter:  13 Payment of Filing Fees
     Case No.: 17–71032–jrs

Dear  James Edward White III ,

A review of the Court's financial records disclosed that there is an outstanding filing fee of $235.00 for the bankruptcy case filed by you on December 4, 2017 . Upon the filing of a bankruptcy case, the debtor is responsible for the entire filing fee, regardless of the disposition of the case. Pursuant to Federal Rules of Bankruptcy Procedure, Rule 1006, the outstanding balance on the filing fee remains payable to the Clerk of Court.

Please remit the outstanding balance by way of a money order or cashiers check. The payee on the money order or cashiers check is: **Clerk, U.S. Bankruptcy Court**. Do not send cash through the mail, but you may mail a money order or cashiers check to the Clerk. However, you may pay with cash if you elect to appear in person at the Clerk's Office in Atlanta. Failure to pay filing fees results in additional collection proceedings. **Please return payment to:**

U.S. Bankruptcy Court
ATTN: Lynn Saunders
1340 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

If you have questions, or require additional information, please contact Matthew Thompson at 404.215.1131.

Sincerely,

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

cc:  Office of the United States Trustee
     Howard P. Slomka

Form nff